THE THAYER LUMBER COMPANY v. JAMES DEAN. | 73 463
123 359

[See *ante*, 459.]

*Taxes—Collection.*

This case is ruled by the decision in *Lumber Co. v. Dean, ante*, 459.

Error to Newaygo. (Palmer, J.) Argued January 11, 1889. Decided January 25, 1889.

Replevin. Plaintiff brings error. Affirmed. The facts are stated in the opinion.

*Smith, Nims, Hoyt & Erwin,* for appellant.

*George Luton,* for defendant.

CHAMPLIN, J.  The facts of this case are the same as those in *Lumber Co. v. Dean, ante,* 459.

The judgment is affirmed, for the reasons stated in that opinion.

The other Justices concurred.